IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARTAZE D. HAMMOND                                                                                    PLAINTIFF

VERSUS                                                             CIVIL ACTION NO. 5:05cv203DCB-JCS

COUNTY OF ISSAQUENA, et al.                                                                   DEFENDANTS

<u>ORDER</u>

     This cause comes before this court on the plaintiff's response [12-1] to the order [11-1]of June 8, 2006 , which granted him a 15-day extension of time to pay the $250.00 filing fee in this civil action.  Even though the plaintiff has had approximately six months to seek financial assistance from others, he has not submitted payment for the $250.00 filing fee.  Therefore, having considered the plaintiff's response [12-1], this court finds that it is not well-taken.  The plaintiff is directed to comply with the order [11-1] of June 8, 2006.

     This the 23rd day of June, 2006.

                        S/DAVID BRAMLETTE
                        UNITED STATES DISTRICT  JUDGE