IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARTZAE D. HAMMON                                                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO.  5:05cv203DCB-MTP

COUNTY OF ISSAQUENA,
WARDEN CECILIA LUSK,
MICHAEL GREEN,
RONALD REED, JERRY GAMBLE,
DAVID DOLLY, RICHARD JONES,
TOMMY NELDON, and OFFICER JANE DOE                               DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the   23rd   day of October, 2006.


                                                   s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE